IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA S. JEFFERSON, | No. C 07-3346 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| GLORIA HENRY, | |
| Respondent. | |

On June 26, 2007, petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254. On that same day, the court sent a notification to petitioner that she had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days.

On July 12, 2007, the court's notice was returned by mail as undeliverable, stating that petitioner was no longer housed at the institution. As of the date of this order, petitioner has not communicated with the court, nor filed a completed in forma pauperis application or paid the filing fee.

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\ Jefferson346disifp              1

1  Accordingly, the instant habeas action is dismissed without prejudice for petitioner's
2  failure to submit a completed in forma pauperis application or pay the filing fee. The
3  clerk shall terminate any pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED: 8/7/2007    /s/ Ronald M. Whyte
                              RONALD M. WHYTE
6                                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  This is to certify that on _____8/8/2007_____, a copy of this ruling was mailed to the following:

2

3  Victoria Shiana Jefferson
   X-07183
4  Valley State Prison for Women
   P.O. Box 96
5  Chowchilla, CA  93610-0096

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\ Jefferson038disifp          3