IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA S. JEFFERSON,           ) | No. C 07-3346 RMW (PR) |
| )                Petitioner,                  ) | JUDGMENT |
|       vs.                                       ) | |
| GLORIA HENRY,                        ) | |
|                Respondent.                ) | |

The court has dismissed the instant habeas action without prejudice for petitioner's failure to file an in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/7/2007          /s/ Ronald M. Whyte
                         RONALD M. WHYTE
                         United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\ Jefferson346jud          1

1  This is to certify that on ____8/8/2007_____, a copy of this ruling was mailed to the following:

2

3  Victoria Shiana Jefferson
   X-07183
4  Valley State Prison for Women
   P.O. Box 96
5  Chowchilla, CA  93610-0096

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\ Jefferson346jud        2